Michael W. Carney, (SBN 24154)
Lauren A. Welling, (SBN 291813)
Sarah Kissel Meier, (SBN 305315)
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Boulevard, Suite 255
Beverly Hills, California 90211
Telephone:   (310) 341-2086
Facsimile:   (310) 773-5573

Attorneys for Plaintiff
JOHN ROE AJ 1

STEVEN A. LAMON, SBN 124853
LISA D. NICOLLS, SBN 234376
KRISTINA O. LAMBERT, SBN 290403
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California 95814
Telephone:     (916) 446-2300
Facsimile:     (916) 503-4000
Email:     slamon@murphyaustin.com
           lnicolls@ murphyaustin.com
           klambert@ murphyaustin.com

ALEXANDER F. STUART, SBN 96141
STUART LAW GROUP, INC.
1901 S. Bascom Avenue, Suite 1440
Campbell, CA  95008
Telephone:     (408) 289-1972
Email: alex@stuartlawgroup.net

Attorneys for Defendants,
The Church of Jesus Christ of Latter-day
Saints, and Temple Corporation of The
Church of Jesus Christ of Latter-day Saints

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE AJ 1, | Case No. 2:24-cv-02990-DC-CSK |
| Plaintiff, | Judge: Hon. Dena M. Coggins |
| vs. | **JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT; [PROPOSED] ORDER** |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; THE NAPA CALIFORNIA STAKE, THE CHURCH OF JESUS | Trial Date:     None yet. |

1 | CHRIST OF LATTER-DAY SAINTS, an
entity of unknown form; and DOES 4 to
2 | 100 inclusive,

3 |                    Defendants.

4

5      Plaintiff John Roe AJ 1 and THE CHURCH OF JESUS CHRIST OF LATTER-DAY

6 SAINTS, and TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-

7 DAY SAINTS, by and through their respective attorneys of record, hereby jointly stipulate and

8 request that the proceedings be stayed until July 28, 2025.

9      WHEREAS, on April 10, 2025, parties conducted private mediation with Tagore

10 Subramaniam of Momentum ADR.  The mediation was attended by representatives of all parties.

11 The parties reached a settlement in principle;

12      WHEREAS, the proposed settlement includes global resolution of over one hundred other

13 claims;

14      WHEREAS, the Parties require further time to discuss and finalize terms of the global

15 settlement;

16      WHEREAS, the Parties will require further time to meet the terms of the settlement

17 agreement;

18      WHEREAS, a stay is necessary to allow the Parties to continue engaging in good faith

19 settlement negotiations to finalize a settlement agreement;

20      THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their

21 respective counsel of record and subject to Court approval, that all proceedings be stayed until July

22 28, 2025.

23      IT IS FURTHER HEREBY STIPULATED, by and between the Parties, through their

24 respective counsel of record and subject to Court approval, that the following hearing dates and

25 Court-ordered deadlines be vacated pending final settlement:

26      June 15, 2025 – Deadline for Joinder of Additional Parties and/or Amending Pleadings.

27

28

2

**JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT**

7698.021-8676489.1

1    Dated:  April 23 , 2025                    SLATER SLATER SCHULMAN LLP

2

3                                              By:    /s/ Lauren A. Welling, Esq.

4                                                     Michael W. Camey

5                                                     Lauren A. Welling
                                                      Sarah Kissel Meier

6                                              Attorneys for Plaintiff JOHN ROE AJ 1

7

8

9    Dated:  April 23 , 2025
                                               By:/s/ Steve A. Lamon, Esq.
10                                             STEVE A. LAMON, SBN 124853
                                               LISA D. NICOLLS, SBN 234376
11                                             KRISTINA O. LAMBERT, SBN 290403
                                               MURPHY AUSTIN ADAMS SCHOENFELD
12                                             LLP
                                               555 Capitol Mall, Suite 850
13                                             Sacramento, California 95814
                                               Telephone: (916) 446-2300
14

15                                             Attorneys for Defendants
                                               The Church of Jesus Christ of Latter-day
16                                             Saints, and Temple Corporation of The
                                               Church of Jesus Christ of Latter-day Saints
17

18

19   Dated:  April 23 , 2025
                                               By: /s/ Alexander F. Stuart, Esq.
20                                             ALEXANDER F. STUART, SBN 96141
                                               STUART LAW GROUP, INC.
21                                             1901 S. Bascom Avenue, Suite 1440
                                               Campbell, CA 95008
22                                             Telephone: (408) 289-1972

23
                                               Attorneys for Defendants
24                                             The Church of Jesus Christ of Latter-day
                                               Saints, and Temple Corporation of The
25                                             Church of Jesus Christ of Latter-day Saints

26   / / /

27   / / /

28   / / /

3

**JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT**

7698.021-8676489.1

1    **[PROPOSED] ORDER**

2        Pursuant to the stipulation of the parties, all proceedings are hereby stayed until July 28,

3    2025.  The following hearing dates and Court-ordered deadlines are vacated pending final

4    settlement:  June 15, 2025 – Deadline for Joinder of Additional Parties and/or Amending

5    Pleadings.

6        **IT IS SO ORDERED.**

7

8    Dated: _____        _____

9                                JUDGE OF THE UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT**

7698.021-8676489.1