1  Lauren A. Welling (SBN 291813)
   lwelling@sssfirm.com
2  Sarah Kissel Meier (SBN 305315)
   skmeier@sssfirm.com
3  **SLATER SLATER SCHULMAN LLP**
4  8383 Wilshire Blvd. Suite 255
   Beverly Hills, CA 90211
5  Telephone: (310) 341-2086
   Fax: (310) 773-5573
6
7  *Attorneys for Plaintiff, John Roe AJ 1*
8
9                    **UNITED STATES DISTRICT COURT**
10              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
11

| JOHN ROE AJ 1 | Case No. 2:24-cv-02990-DC-CSK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL [FRCP 41(a)]** |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; THE NAPA CALIFORNIA STAKE, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an entity of unknown form; and DOES 4 to 100, Inclusive, | Assigned to: District Judge Dena M. Coggins<br>Referred to: Magistrate Judge Chi Soo Kim |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JOHN ROE AJ 1 and Defendants The Church of Jesus Christ of Latter-day Saints, and Temple Corporation of The Church of Jesus Christ of Latter-day Saints hereby stipulate and agree that the above-captioned action be dismissed with prejudice as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs.

1

Dated: July 28, 2025

SLATER SLATER SCHULMAN LLP

By: _____
Lauren A. Welling
Sarah Kissel Meier
Attorneys for Plaintiff John Roe AJ 1

Dated: July 28, 2025

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
Alexander F. Stuart
Steve A. Lamon
Lisa D. Nicolls
Kristina O. Lambert
Attorneys for Defendants The Church of Jesus Christ of Latter-day Saints, and Temple Corporation of The Church of Jesus Christ of Latter-day Saints